**MARK W. COLEMAN, #117306**
**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JUANITA MUNOZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-09-00076 AWI |
| Plaintiff, | CR-09-00077 AWI |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| JUANITA MUNOZ, et al., | **AND** |
| Defendants. | **O R D E R** |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for April 30, 2012, at 9:00 a.m., be continued to June 4, 2012, at 9:00 a.m., or as soon thereafter as is convenient to the court's calendar.

**IT IS FURTHER STIPULATED** that the deadlines for filing informal and formal objections to the Pre-Sentence Investigation Report be scheduled as follows:

    Report available from Probation on or before April 30, 2012

    Informal Objections to be served on or before May 11, 2012

    Formal Objections to be filed on or before May 28, 2012

///

///

1     This continuance is requested by counsel for Defendant, JUANITA MUNOZ, due to the fact that counsel needs additional time to meet with Defendant, and file informal objections to the Probation Report. Defendant is housed at Lerdo and is scheduled to be brought up to Fresno to meet with counsel on April 9, 2012. Informal Objections to the Probation Report are due on or before April 6, 2012.

    Counsel for Defendant has spoken with Assistant U. S. Attorney, MARK CULLERS, who has no objection to this continuance.

Dated: March 30, 2012      Respectfully Submitted,

NUTTALL COLEMAN & WILSON

/s/ MARK W. COLEMAN

_____
MARK W. COLEMAN
Attorney for Defendant,
JUANITA MUNOZ

Dated: March 30, 2012.      UNITED STATES ATTORNEY'S OFFICE

/S/ MARK CULLERS

_____
MARK CULLERS
Assistant U.S. Attorney

\* \* \* \* \* \* \*

**O R D E R**

IT IS SO ORDERED.

Dated:    March 30, 2012    _____
                                           CHIEF UNITED STATES DISTRICT JUDGE